IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALQURIN HARRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:25-cv-475-RAH |
| | ) |
| NICOLE NELSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

On October 7, 2025, the Magistrate Judge recommended that this action be dismissed without prejudice due to Plaintiff's failure to comply with court orders regarding his current mailing address. (Doc. 7.) On October 23, 2025, Plaintiff filed a notice that reflects that his current mailing address is at Kilby Correctional Facility. (Doc. 8.) Accordingly, Plaintiff, although belatedly, has satisfied the Magistrate Judge's concerns and therefore this Court will **DENY** and **REJECT** the Recommendation (doc. 7) as **MOOT** and will refer this matter back to the Magistrate Judge for further proceedings. Plaintiff is **CAUTIONED** however that future failures to timely comply with court orders will not be tolerated and therefore may result in dismissal of the case. This matter is hereby **REFERRED** back to the assigned Magistrate Judge.

**DONE** on this the 25th day of November 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE